SAMUEL A. LEWIN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

PEGGY SWEET, Respondent, v. KEN, INC., Appellant, Impleaded with Another, Defendant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements, with leave to defendant to answer the amended complaint within ten days after service of a copy of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.; Glennon and Cohn, JJ., dissent and vote to reverse and dismiss the complaint.

MINNIE GOLDBERG, Respondent, v. GEORGE W. BOVENIZER and Others, Appellants, Impleaded with Others, Defendants.— Order so far as appealed from unanimously modified by striking out items 1, 2, 3, 5, 10, 11 and 12 of the order for discovery and inspection and items 1, 3, 5 (a) and (b) and so much of item 6 of the order for examination of the defendants-appellants before trial as directs examination concerning knowledge acquired " after the said separate and several American loans were contracted for," and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of ERNESTINE GRIFFENHAGEN, and ESTELLA F. PELS, and JOHN P. O'BRIEN, as Special Guardian of Infant Parties to this Proceeding, and CHARLES A. COHEN, as Special Guardian of DOROTHY COHEN, an Infant Party to this Proceeding, Respondents, for the Removal of SAMUEL S. ISAACS, FANNIE OSBORNE, ESTHER ARBETTER and LESTER WOLFE, as Executors, etc., of DAVID ISRAEL, Deceased, and for the Revocation of the Letters Testamentary Issued to Them, Appellants. MURIEL R. JONES and Others, Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [166 Misc. 156.]

ELIZABETH A. LYNCH and THOMAS J. LYNCH, Appellants, v. MARY CAMPBELL, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

WILLIAM R. WHITE, as Superintendent of Banks of the State of New York, Appellant, v. PEARL ADLER and Others, Defendants, Impleaded with MORRIS WARSHAWSKY, Respondent.— Judgment so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer and Callahan, JJ.

LOUIS E. BLUMENKRANZ, Respondent, v. DEBUTANTE FROCKS, INC., SYLVAIN M. GUNST, SOL WOOD and SYLWOOD FROCKS, INC., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ .

385 CENTRAL PARK WEST CORP., Respondent, v. PHILLIP KATZ, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.